UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CAMERON AGUILAR,<br>Plaintiff,<br>v.<br>MINERAL COUNTY SHERIFF'S OFFICE, et al.,<br>Defendants. | Case No. 3:25-cv-00513-ART-CLB<br>ORDER |

## I. DISCUSSION

Plaintiff has submitted three applications to proceed *in forma pauperis* and a motion for a preliminary injunction. (ECF Nos. 7, 9, 11, 12.) This case is currently in line for screening under 28 U.S.C. § 1915A. The Court will consider Plaintiff's initial application to proceed *in forma pauperis* when it screens his complaint. The Court denies his additional applications to proceed *in forma pauperis* as moot.

Plaintiff filed a motion for a preliminary injunction regarding the conditions at Mineral County Detention Center. (ECF No. 12.) However, Plaintiff subsequently filed a notice of change of address indicating that he is no longer at Mineral County Detention Center. (ECF No. 13.) Therefore, the Court denies the motion for preliminary injunction as moot. If Plaintiff finds himself housed in Mineral County Detention Center at some point in the future, and he is facing the same problems again, he may renew his motion at that time.

## II. CONCLUSION

It is therefore ordered that Plaintiff's duplication applications to proceed *in forma pauperis* (ECF Nos. 9, 11) are denied as moot. The Court will consider Plaintiff's initial application to proceed *in forma pauperis* when it screens his complaint.

It is further ordered that Plaintiff's motion for a preliminary injunction (ECF No. 12) is denied as moot.

DATED THIS 10th day of August 2026.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE